# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**TIMOTHY BURCHFIELD**  PETITIONER
ADC # 122632

VS.  NO. 5:05CV00350 BD

**LARRY NORRIS, Director,**
**Arkansas Dept. of Correction**  RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. §2254 petition for writ of habeas corpus with prejudice.

IT IS SO ORDERED this 26th day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE